```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                              )<br>            Plaintiff,    )<br>                              )   CASE NO.   8:05CR189<br>     vs.                      )<br>                              )<br>DIMITAR N. TRANCHEFF          )<br>                              )   ORDER<br>            Defendant.    )| |

On stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED extending the deadline by which any pretrial motions shall be filed to June 10, 2005.

Pursuant to 18 U.S.C. § 3161(h)(8)(A), this court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and of the defendant to a speedy trial.  This finding is based upon this Court's conclusion that the failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(B)(iv).

June 10, 2005.

                              s/ F. A. Gossett
                              U.S. Magistrate Judge