# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:05CR189 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DIMITAR N. TRANCHEFF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the request of the U.S. Marshal to unseal the arrest warrant issued for Dimitar N. Trancheff based upon Trancheff's having absconded from pretrial supervision. The request is granted. Both the Petition for Action of Conditions of Pretrial Release (Filing No. 13) and the warrant issued thereon are unsealed.

**IT IS SO ORDERED.**

DATED this 29th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge