# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **8:05CR189** |
| vs. | ) | |
| | ) | **ORDER** |
| **DIMITAR TRANCHEFF,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to continue trial (Doc. 34). The motion is unopposed. The court finds that the defendant has shown good cause for a continuance based on the representations made paragraph 8 of the motion.

**IT IS ORDERED** that the motion to continue trial (Doc. 34) is granted, as follows:

1. The jury trial now set for January 5, 2010 is continued to **January 26, 2010.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 5, 2010 and January 26, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. Defendant shall file the affidavit or declaration required by NECrimR 12.1(a) no later than January 5, 2010.

**DATED December 29, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**