IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:05CR189 |
| vs. | ) | |
| | ) | ORDER |
| DIMITAR TRANCHEFF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's motion to continue trial (Doc. 34) for the reason that an essential witness is not available until after January 28, 2010.

**IT IS ORDERED** that the motion to continue trial (Doc. 34) is granted, as follows:

1. The jury trial now set for **January 26, 2010** is further continued to February 9, 2010.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **January 26, 2010 and February 9, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny the government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED January 4, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**