# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:05CR189 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| DIMITAR N. TRANCHEFF, ) | |
| ) | |
| Defendant. ) | |

This motion is before the Court on the government's motion for an extension of time to answer (Filing No. 87).

IT IS ORDERED:

1. The government's motion for an extension of time to answer (Filing No. 87) is granted;

2. The United States must file its Answer to Claim II(A) of the defendant's § 2255 motion and support its Answer with a brief on or before June 20, 2011;

3. On or before July 20, 2011, the Defendant may file a responsive brief; and

4. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 17th day of May, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge